United States District Court
Southern District of Texas
**ENTERED**
March 31, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY, *et al.*, | § § § § § § § § § § § | |
| Plaintiffs, | | |
| VS. | | CIVIL ACTION NO. 4:20-CV-04152 |
| HEALTH AND MEDICAL PRACTICE ASSOCIATES, *et al.*, | | |
| Defendants. | | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of the parties' claims, unless any party represents in writing filed with the Court on or before **July 1, 2022,** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot**.

Signed on March 31, 2022, at Houston, Texas.

George C. Hanks, Jr
United States District Judge